UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA *ex rel.* REBECCA WILLIAMS, MORGAN VANLUVEN, BILLIE CATHEY, ASHIK RAHMAN, TAYLOR BODIFORD, and TRACNESA RANDOLPH,<br><br>   Plaintiffs,<br><br>v.<br><br>LANDMARK HOSPITAL OF ATHENS, LLC and ATHENS PULMONARY AND SLEEP MEDICINE, P.C.,<br><br>   Defendants. | **FILED UNDER SEAL**<br><br>Case No. 3:21-CV-00036 (CAR) |

ORDER

The United States of America and the State of Georgia, having declined to intervene in this action[1] pursuant to the False Claims Act, 31 U.S.C. 3730(b)(4)(B), and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(c)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States and State of Georgia's Notice of Election to Decline Intervention,

---

[1] Doc. 11.

which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and State of Georgia, as provided for in 31 U.S.C. § 3730(c)(3) and O.C.G.A. § 49-4-168.2(f). The United States and State of Georgia may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and State of Georgia;

6. All orders of this Court shall be sent to the United States and State of Georgia; and

7. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall solicit the written consent of the United States and State of Georgia before the Court will rule on or grant its approval.

SO ORDERED this 20th the day of December, 2021.

                                            s/ C. Ashley Royal_____
                                            C. ASHLEY ROYAL, SENIOR JUDGE
                                            UNITED STATES DISTRICT COUURT