**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, ) ) ) | |
| Plaintiffs, ) | **C/A No: 3:21-cv-00036-CAR** |
| ) | |
| *ex rel.* ) | |
| ) | |
| REBECCA WILLIAMS, MORGAN VANLUVEN, BILLIE CATHEY, ASHIK RAHMAN, TAYLOR BODIFORD and TRACNESA RANDOLPH, ) ) ) ) | |
| ) | |
| *Plaintiff-Relators,* ) | |
| ) | |
| v. ) | |
| ) | |
| LANDMARK HOSPITAL OF ATHENS, LLC and ATHENS PULMONARY AND SLEEP MEDICINE, P.C., ) ) ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DEFENDANT LANDMARK HOSPITAL OF ATHENS, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW Defendant Landmark Hospital of Athens, LLC ("Landmark") and, pursuant to Federal Rule of Civil Procedure 7.1, hereby files this Corporate Disclosure Statement, showing this Court as follows:

1.

The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**<u>Plaintiffs</u>**:                              Unknown

**Defendant Landmark**:          None

**Defendant Athens Pulmonary:**          Unknown


Respectfully submitted this 10th day of May, 2022.

**HOLLAND & KNIGHT LLP**

*/s/ Grant Edward Lavelle Schnell*
Victor Moldovan
Georgia Bar No. 515468
Grant Edward Lavelle Schnell
Georgia Bar No. 106794
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street, NW
Suite 1800
Atlanta, Georgia 30309
Phone (404) 817-8500
Fax: (404) 881-0470
victor.moldovan@hklaw.com
grant.schnell@hklaw.com
matthew.covell@hklaw.com

*Counsel for Landmark Hospital of Athens, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing on counsel through the

Court's CM/ECF system which automatically provides a copy to the following:

Natalie S. Woodward
Brian H. Cathey
Jordan Woodward Cathey
3715 Northside Parkway
Building 100 - Suite 500
Atlanta, Georgia 30327
Email: cathey@thetrial.attorney
woodward@thetrial.attorney

Todd P Swanson
W Taylor Mcneil
US Attorney's Office
P. O. Box 1702
Macon, Ga 31202-1702
Email: todd.swanson@usdoj.gov

Mary Geier Bryan
Sara Elizabeth Vann
200 Piedmont Ave Se 19th Fl W Tower
Atlanta, Georgia 30334
Email: mbryan@law.ga.gov
svann@law.ga.go

This 10th day of May, 2022.

### HOLLAND & KNIGHT LLP

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Georgia Bar No. 106794

3